# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12cr97-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| Lavonte Lamont Hallman, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's letter to the court (#69), in which he essentially requests that the court overturn the Magistrate Judge's Detention Order (#15) and allow him to "self surrender." As previously explained in the court's April 15th Order, pro se motions are not permitted when, as here, a defendant is represented by counsel. See L.Cr.R. 47.1 (H). Accordingly, the court will give no further consideration to defendant's letter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter (#69) is **DENIED** to the extent it seeks relief.

Signed: May 28, 2013

Max O. Cogburn Jr.
United States District Judge