UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-97-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LAVONTE LAMONT HALLMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Lavonte Lamont Hallman's pro se Motion for Reconsideration (Doc. No. 154), in which he asks this Court to reconsider its Order (Doc. No. 153) denying Defendant's Motion for Compassionate Release.

The Court denies Defendant's Motion for Reconsideration for the same reasons the Court denied Defendant's Motion for Compassionate Release. Defendant's Motion for Reconsideration does not identify new circumstances which alter the Court's prior decision, and the Court has already thoroughly articulated its reasons for denying Defendant's Motion for Compassionate Release.

**IT IS, THEREFORE, ORDERED** that Defendant's Pro Se Motion for Reconsideration, (Doc. No. 154), is **DENIED**.

Signed: March 10, 2023

Max O. Cogburn Jr
United States District Judge

1