# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cr-97-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| LAVONTE LAMONT HALLMAN | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release and Reduction of Sentence. (#160).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Accordingly, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release and Reduction of Sentence (#160) within 20 days of the entry of this Order.

Max O. Cogburn Jr.
United States District Judge